Entered on Docket
April 21, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
BAR NO. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Fax: (702) 735-0505
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

**LEE GASTON & IRMA GASTON**

Debtor(s).

Case No.: BK-S-09-22743-LBR
Chapter 13
Trustee: Kathleen Leavitt

Date: 3/25/2010
Time: 2:30 p.m.

**ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN**

THIS MATTER having come before the Court for a hearing on **MARCH 25, 2010**, on Debtor's MOTION TO VALUE COLLATERAL; MOTION TO AVOID LIEN, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1. The Debtor's principal residence located at **1512 PALAMINO FARM WAY, N LAS VEGAS, NV 89081** (the "Subject Property") is valued at **$165,000.00** as of the date of filing Debtor's Chapter 13 Petition.

-1-

2. The Subject Property is collateral for senior secured claim of **COUNTRYWIDE HOME LENDING** ("Senior Leinholder").

**[Check only one box, and fill in the blanks]**

☐ Senior Lienholder has filed a Proof of Claim related to such claim, **(N/A)** and such Proof of Claim claims a debt of $. Senior Lienholder's Proof of Claim indicates that Senior Lienholder has assigned _____ to this claim.

[or]

☑ Senior Lienholder has *not* filed a Proof of Claim related to its claim, but has assigned **COUNTRYWIDE HOME LENDING** to this claim. The Debtor's schedules list the amount of Senior Lienholder's claims as **$174,459.00**.

3. The Subject Property is also collateral for a junior secured claim of **COUNTRYWIDE HOME LENDING** ("Junior Lienholder").

**[Check only one box, and fill in the blanks]**

☑ Junior Lienholder has filed a Proof of Claim **(29-1)** related to such claim, and such Proof of Claim claims a debt of **$176,831.56**. Junior Lienholder's Proof of Claim indicates that Junior Lienholder has assigned **COUNTRYWIDE HOME LENDING** to this claim.

[or]

☐ Junior Lienholder has *not* filed a Proof of Claim related to its claim, but has assigned _____ to this claim. The Debtor's schedules list the amount of Junior Lienholder's claims as $.

4. Given the above, Junior Lienholder's interest in the Debtor's interest in the Subject Property has no value.

THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Zimmer v. PSB Lending Corp. (In re Zimmer), 313 F. 3d 1220 (9th Cir. 2002), and 11 U.S.C. §§ 506(a) and 506(d), Junior Lienholder's claim is unsecured, and shall be treated as unsecured for all purposes in this case, including the manner in which such claim is treated and paid in Debtor's chapter 13 plan; and

IT IS FURTHER ORDERED THAT, should debtor receive a discharge in this case, Junior Lienholder shall as soon as practicable thereafter take all necessary and appropriate steps to remove its lien of record, and to ensure that Debtor's title to the Subject Property is clear of any cloud on title related to Junior Lienholder's claim. This court hereby reserves jurisdiction with respect to any dispute over the actions necessary to comply with this paragraph; and

IT IS FURTHER ORDERED THAT, should this case be converted to one under another chapter, 11 U.S.C. § 348(f) shall govern the continued validity of this order; and

IT IS FURTHER ORDERED THAT, should this case be dismissed, 11 U.S.C. § 349(b)(1)-(3) shall govern the continuing validity of this order; and

IT IS FURTHER ORDERED THAT nothing in this order shall be deemed to be an allowance or disallowance of any claim of Senior Lienholder or Junior Lienholder, and any party in interest, including the Debtor of the Trustee, may hereafter object to either claim on any ground recognized by the Bankruptcy Code.

DATED this 13th day of **APRIL, 2010**

//
//
//

1  //
2  //
3  //
4  //
5  //
6
7
8  THE LAW OFFICES OF
   RANDOLPH H. GOLDBERG
9
   By /S/ RANDOLPH GOLDBERG ESQ.
10 RANDOLPH H. GOLDBERG, ESQ.
   4000 S. Eastern
11 Suite 200
   Las Vegas, Nevada 89119
12 Attorney for Debtor
13
14
15 APPROVED AS TO FORM AND CONTENT
16
17 CHAPTER 13 TRUSTEE
18
19 _____
   KATHLEEN LEAVITT, TRUSTEE
20 201 S. Las Vegas Blvd Ste 200
   Las Vegas, NV 89101
21
22
23
24
25
26
27
28

-4-

## LR 9021. ENTRY OF JUDGMENTS AND ORDERS.

(c) <u>Certification language</u>.

(1) Documents listed in subsection (a) above must be submitted to the court with the following certification from the submitting counsel:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

**X** This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    **KATHLEEN A. LEAVITT**
    201 LAS VEGAS BLVD., SO. #200
    LAS VEGAS, NV 89101

**X** Approved
___ Disapproved
___ Failed to respond

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

(2) No language other than ""approved"" or ""disapproved"" may appear above opposing counsel''s signature; and

(3) Unless the court orders otherwise, ""opposing counsel"" means any attorney who appeared at the hearing regarding the matter that is the subject of the order or who filed objections.

(4) Variation from the certification language indicated in paragraph (c)(1) may be cause for returning the draft order unsigned by the court.

                                          /S/MAILE HANSEN
                                          an employee of
                                          THE LAW OFFICES OF
                                          RANDOLPH H. GOLDBERG, ESQ.